# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| WILLIAM LEE BIRD, | ) | No. CV 14-6801-VAP(CW) |
| | ) | |
|       Petitioner, | ) | JUDGMENT |
| | ) | |
|     v. | ) | |
| | ) | |
| SHERIFF RON SCOTT, | ) | |
| | ) | |
|       Respondent. | ) | |

**IT IS ADJUDGED** that the petition is dismissed, without prejudice, as wholly unexhausted.

DATED: October 27, 2014

_____
VIRGINIA A. PHILLIPS
United States District Judge